# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1347

BOSE CORPORATION,

                Plaintiff-Appellant,

v.

SDI TECHNOLOGIES, INC. and 3XM CONSULTING, LLC,

                Defendants-Appellees,

and

IMATION CORPORATION, MEMOREX PRODUCTS, INC.,
and D.P.I., INC.,

                Defendants-Appellees.

Appeal from the United States District Court for the District of Massachusetts in case no. 09-CV-11439, Judge William G. Young.

Authorized Abbreviated Caption[2]

BOSE CORPORATION V SDI TECHNOLOGIES, INC., 2013-1347

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.