# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## BOSE CORPORATION V SDI TECHNOLOGIES, INC, 2013-1347

### ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance as counsel for Appellant, Bose Corporation.

My address and telephone are:

| | |
|---|---|
| Name: | Mark J. Hebert |
| Law firm: | Fish & Richardson P.C. |
| Address: | One Marina Park Drive |
| City, State and ZIP: | Boston, MA  02210 |
| Telephone: | (617) 542-5070 |
| Fax #: | (617) 542-8906 |
| E-mail address: | hebert@fr.com |

Statement to be completed by counsel only (select one):

 X    I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

___    I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): March 7, 1986

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
_____Yes   X  No

| | |
|---|---|
| May 8, 2013 | /s/ Mark J. Hebert |
| Date | Signature of pro se or counsel |